FILED
FEB 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CITIZENS FOR RESPONSIBILITY AND  :
ETHICS IN WASHINGTON             :
                                 :
         Plaintiff,              :   CASE NUMBER 1:07CV00364
                                 :
    v.                           :   JUDGE: Ricardo M. Urbina
                                 :
COUNCIL ON ENVIRONMENTAL         :   DECK TYPE: General Civil
QUALITY                          :
                                 :   DATE STAMP: 02/20/2007
         Defendant.              :
                                 :

---

**MOTION *PRO HAC VICE* FOR ADMISSION OF DANIEL C. ROTH
TO THE BAR OF THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA**

Pursuant to LCvR 83.2(d), I, Daniel C. Roth (MA Bar No. 661021), hereby move for admission *pro hac vice* to the Bar of the United States District Court for the District of Columbia for purposes of this action, <u>Citizens for Responsibility and Ethics in Washington v. Council on Environmental Quality</u>, No._____ (D.D.C. filed Feb. 20, 2007).

In accordance with LCvR 83.2(d), this motion is co-signed by a sponsoring member of the Bar of this Court, CREW Chief Counsel Anne L. Weismann (D.C. Bar No. 298190), and is accompanied by a declaration providing to the Court all required information regarding my status as a practicing attorney.

Respectfully submitted,

Dated: February 20, 2007

_____
DANIEL C. ROTH
(MA Bar No. 661021)

_____
ANNE L. WEISMANN

(D.C. Bar No. 298190
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and
   Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : |
| Plaintiff, | : |
| v. | : Civil Action No. _____ |
| COUNCIL ON ENVIRONMENTAL QUALITY | : |
| Defendant. | : |

**DECLARATION OF DANIEL C. ROTH IN SUPPORT OF MOTION *PRO HAC VICE* FOR ADMISSION TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, Daniel C. Roth, hereby declare as follows:

1. My full name is Daniel Charles Roth.

2. My office address and telephone number are as follows: 1400 Eye Street, N.W., Suite 450, Washington, D.C. 20005; 202-408-5565.

3. I am admitted to the bar of the Commonwealth of Massachusetts.

4. I have not been disciplined by the bar of any jurisdiction, and am in good standing with the Bar of the Commonwealth of Massachusetts.

5. I have been admitted *pro hac vice* in this Court twice in the last two years, in the matters of Citizens for Responsibility and Ethics in Washington v. U.S. Dep't of Justice, No. 05-2078 (EGS) (D.D.C. filed Oct. 24, 2005) and Citizens for Responsibility and Ethics in Washington v. Spellings, No. 06-2086 (HHK) (D.D.C. filed Jan. 7, 2006).

6. I do engage in the practice of law in the District of Columbia and have been certified for admission to the District of Columbia Bar. I will be sworn in to the District of Columbia Bar on March 5, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2007                    _____
                                            DANIEL C. ROTH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON  Plaintiff,  v.  COUNCIL ON ENVIRONMENTAL QUALITY  Defendant. | :  :  :  :  :  :  :  :  :  :  :  :  : Civil Action No. _____ |

### [DRAFT] ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Daniel C. Roth to represent Citizens for Responsibility and Ethics in Washington in the above-referenced matter, it is hereby

ORDERED, that the motion is granted and that Mr. Roth be admitted *pro hac vice* to practice in the United States District Court for the District of Columbia as additional counsel of record for Plaintiff Citizens for Responsibility and Ethics in Washington in the above-referenced matter.

ENTERED this _____ day of _____, 2006.

_____
Hon. _____
United States District Judge