

FILED
CO-386-online
10/03
FEB 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics  )
in Washington                           )   CASE NUMBER  1:07CV00364
                                        )
            Plaintiff                   )   JUDGE: Ricardo M. Urbina
    vs                                  )
                                        )   DECK TYPE: General Civil
Council on Environmental Quality        )
                                        )   DATE STAMP: 02/20/2007
                                        )
            Defendant                   )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Citizens for Responsibility and Ethics in Washington  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Citizens for Responsibility and Ethics in Washington  which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

298190
_____
BAR IDENTIFICATION NO.

ANNE L. WEISMANN
Print Name

1400 Eye Street, N.W., Suite 450
Address

Washington, D.C.        20005
City         State      Zip Code

202-408-5565
Phone Number