AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics in Washington )
      Plaintiff(s) )
)
vs. )   **APPEARANCE**
)
Council on Environmental Quality )   CASE NUMBER  07-365 (RMU)
)
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Scott A. Hodes  as counsel in this
                                   (Attorney's Name)

case for:  Citizens for Responsibility and Ethics in Washington
                              (Name of party or parties)

5/9/07
Date

*[Signature]*
Signature

Scott A. Hodes
Print Name

430375
BAR IDENTIFICATION

P.O. Box 42002
Address

Washington, D.C.    20015
City    State    Zip Code

301-404-0502
Phone Number