IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY<br>AND ETHICS IN WASHINGTON<br>1400 Eye Street, N.W., Suite 450<br>Washington, D.C.  20005<br><br>       Plaintiff,<br><br>       v.<br><br>COUNCIL ON ENVIRONMENTAL<br>QUALITY<br>722 Jackson Place, N.W.<br>Washington, D.C.  20503<br><br>       Defendant. | Civil Action No. 07-365 (RMU) |

## JOINT BRIEFING SCHEDULE STATEMENT

The parties have conferred and hereby state as follows:

1.      This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, as well as agency FOIA regulations.  Defendant has already produced approximately 16,000 pages of documents to Plaintiff in response to Plaintiff's FOIA request, and has approximately 27,000 pages of documents left to process.  Defendant has agreed to produce any remaining documents to Plaintiff on a rolling basis.

2.      Defendant currently believes that it will be able to resolve Plaintiff's FOIA request, draft a *Vaughn* index, and prepare its dispositive motion within the next three months.  During this time, Defendant will produce documents to Plaintiff as they become available on a rolling basis.  Accordingly, the parties propose the following briefing schedule:

August 10, 2007         Defendant's Motion for Summary Judgment

August 31, 2007    Plaintiff's Opposition to Defendant's Motion for Summary Judgment

September 21, 2007    Defendant's Reply to Plaintiff's Opposition

Dated: May 25, 2007

Respectfully submitted,

| | |
|---|---|
| _____/S/_____ <br> Anne L. Weissmann <br> (D.C. Bar No. 298190) <br> Melanie Sloan <br> (D.C. Bar No. 434584) <br> Citizens for Ethics and <br> Responsibility in Washington <br> 1400 Eye Street, N.W. Suite 450 <br> Phone (202) 408-5565 <br> Fax (202) 588-5020 <br><br> _____/S/_____ <br> Scott A. Hodes <br> (D.C. Bar No. 430375) <br> P.O. Box 42002 <br> Washington, D.C. 20015 <br> Phone (301) 404-0502 <br> Fax (301) 738-2128 <br><br> Attorneys for Plaintiff | PETER D. KEISLER <br> Assistant Attorney General <br><br> JEFFREY A. TAYLOR <br> United States Attorney <br><br> ELIZABETH J. SHAPIRO (D.C. Bar No. 418925) <br> Assistant Director <br> Federal Programs Branch <br><br>  /s/ Nicholas A. Oldham <br> Nicholas A. Oldham (D.C. Bar No. 484113) <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> <u>Mailing Address</u> <br> P.O. Box 883 <br> Washington, D.C. 20044 <br> <u>Delivery Address</u> <br> 20 Massachusetts Ave., N.W., Rm. 6134 <br> Washington, D.C. 20001 <br> Tel: (202) 514-3367 <br> Fax: (202) 616-8470 <br> nicholas.oldham@usdoj.gov <br><br> Attorneys for Defendant |