IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY<br>AND ETHICS IN WASHINGTON<br>1400 Eye Street, N.W., Suite 450<br>Washington, D.C. 20005<br><br>      Plaintiff,<br><br>      v.<br><br>COUNCIL ON ENVIRONMENTAL<br>QUALITY<br>722 Jackson Place, N.W.<br>Washington, D.C. 20503<br><br>      Defendant. | Civil Action No. 07-365 (RMU) |

## REVISED JOINT BRIEFING SCHEDULE STATEMENT

The parties have conferred and hereby state as follows:

1.   This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, as well as agency FOIA regulations.

2.   The parties filed a Joint Briefing Schedule Statement on May 25, 2007 (dkt. no. 10) ("Joint Statement"), notifying the Court that Defendant (i) had already produced approximately 16,000 pages of documents to Plaintiff in response to Plaintiff's FOIA request; (ii) had approximately 27,000 pages of documents left to process; and (iii) would produce any remaining documents to Plaintiff on a rolling basis. Joint Statement, ¶ 1. The Joint Briefing Schedule Statement also noted that "Defendant currently believes that it will be able to resolve Plaintiff's FOIA request, draft a *Vaughn* index, and prepare its dispositive motion within the next three months." Accordingly, the parties proposed a briefing schedule that required Defendant to file its Motion for Summary Judgment on August 10, 2007. *Id.* ¶ 2.

3. Since filing the Joint Briefing Schedule Statement, Defendant has been diligently engaged in the processing of the 27,000 pages of documents identified in the Joint Statement. By August 10, 2007, Defendant expects to have processed approximately 50 percent of the 27,000 pages, but will not be in a position to file its dispositive motion. In light of its substantial progress and current workload, Defendant now believes that it will be able to resolve Plaintiff's FOIA request, draft a *Vaughn* index, and prepare its dispositive motion within the next four months. Defendant will continue producing documents to Plaintiff as they become available on a rolling basis. Accordingly, the parties propose the following revised briefing schedule:

December 21, 2007    Defendant's Motion for Summary Judgment

January 18, 2008    Plaintiff's Opposition to Defendant's Motion for Summary Judgment

February 8, 2008    Defendant's Reply to Plaintiff's Opposition

4. Defendant will endeavor to resolve Plaintiff's FOIA request and draft a *Vaughn* index by the middle of October, and file its dispositive motion as soon as possible thereafter. If Defendant is able to do so, the parties will file a revised briefing schedule.

Respectfully submitted,

| | |
|---|---|
| _____/S/_____ | PETER D. KEISLER |
| Anne L. Weissmann | Assistant Attorney General |
| (D.C. Bar No. 298190) | |
| Melanie Sloan | JEFFREY A. TAYLOR |
| (D.C. Bar No. 434584) | United States Attorney |
| Citizens for Ethics and | |
| Responsibility in Washington | JOHN R. TYLER (D.C. Bar No. 297713) |
| 1400 Eye Street, N.W. Suite 450 | Senior Trial Counsel |
| Phone (202) 408-5565 | Federal Programs Branch |
| Fax (202) 588-5020 | |

  /s/  Nicholas A. Oldham

_____/S/_____
Nicholas A. Oldham (D.C. Bar No. 484113)
Scott A. Hodes                          Trial Attorney
(D.C. Bar No. 430375)           U.S. Department of Justice
P.O. Box 42002                       Civil Division, Federal Programs Branch
Washington, D.C.  20015       Mailing Address
Phone (301) 404-0502           P.O. Box 883
Fax (301) 738-2128               Washington, D.C.  20044
                                                Delivery Address
Attorneys for Plaintiff              20 Massachusetts Ave., N.W., Rm. 6134
                                                Washington, D.C.  20001
                                                Tel: (202) 514-3367
                                                Fax: (202) 616-8470
                                                nicholas.oldham@usdoj.gov

Attorneys for Defendant

Dated:  August 1, 2007

3