UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 07-365 (RMU) <br> : |
| COUNCIL ON ENVIRONMENTAL QUALITY | : <br> : <br> : |
| Defendant. | : <br> : |

## NOTICE OF WITHDRAWAL OF DANIEL C. ROTH AS COUNSEL FOR CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON

Please enter the withdrawal of Daniel C. Roth as counsel in this action for Plaintiff Citizens for Responsibility and Ethics in Washington (CREW). Scott Hodes will continue to serve as lead counsel.

                                          Respectfully submitted,

                                          _____/s/_____
                                          Daniel C. Roth
                                          (D.C. Bar No. 503236)
                                          Counsel
                                          Citizens for Responsibility and
                                             Ethics in Washington
                                          1400 Eye Street, N.W., Suite 450
                                          Washington, D.C. 20005
                                          phone: (202) 408-5565
                                          fax: (202) 588-5020
                                          droth@citizensforethics.org

Dated: October 11, 2007