IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>　　　　Defendant. | Civil Action No. 07-365 (RMU) |

**REVISED JOINT MEET AND CONFER STATEMENT**

　　The parties have conferred and hereby state as follows:

　　1.　　This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, as well as agency FOIA regulations.

　　2.　　The parties filed Joint Briefing Schedule Statements on May 25, 2007 (dkt. no. 10) and August 1, 2007 (dkt. no. 11), apprising the Court of the status of Defendant's processing of approximately 27,000 pages of documents potentially responsive to Plaintiff's March 16, 2006 FOIA request. In the most recent Joint Statement, the parties noted that "Defendant now believes that it will be able to resolve Plaintiff's FOIA request, draft a *Vaughn* index, and prepare its dispositive motion within the next four months." Aug. 1. Joint Statement, ¶ 3. Accordingly, the parties proposed a briefing schedule under which Defendant's dispositive motion is due on December 21, 2007.

　　3.　　Defendant will not be able to resolve Plaintiff's FOIA request by December 21, 2007. In light of the parties' shared goals of (i) enabling Defendant to finalize its document production, and (ii) narrowing the issues for the Court to resolve, the parties are negotiating in

good faith to determine whether they can reach an agreement that will provide a basis for resolving Plaintiff's FOIA request and this litigation.

    Accordingly, the parties respectfully notify the Court that they will not be able to comply with the briefing schedule stated in their August 1 Joint Statement. The parties propose to notify the Court on or before February 1, 2008 whether they are able to reach an agreement on the schedule for resolving Plaintiff's FOIA request or, alternatively, either party may seek appropriate relief from the Court.

                        Respectfully submitted,

| | |
|---|---|
| _____/S/_____ | JEFFREY S. BUCHOLTZ |
| Anne L. Weissmann | Acting Assistant Attorney General |
| (D.C. Bar No. 298190) | |
| Melanie Sloan | JEFFREY A. TAYLOR |
| (D.C. Bar No. 434584) | United States Attorney |
| Citizens for Ethics and | |
| Responsibility in Washington | ELIZABETH J. SHAPIRO (D.C. Bar No. 418925) |
| 1400 Eye Street, N.W. Suite 450 | Assistant Director |
| Phone (202) 408-5565 | Federal Programs Branch |
| Fax (202) 588-5020 | |
| | /s/ Nicholas A. Oldham |
| _____/S/_____ | Nicholas A. Oldham (D.C. Bar No. 484113) |
| Scott A. Hodes | Trial Attorney |
| (D.C. Bar No. 430375) | U.S. Department of Justice |
| P.O. Box 42002 | Civil Division, Federal Programs Branch |
| Washington, D.C. 20015 | <u>Mailing Address</u> |
| Phone (301) 404-0502 | P.O. Box 883 |
| Fax (301) 738-2128 | Washington, D.C. 20044 |
| | <u>Delivery Address</u> |
| Attorneys for Plaintiff | 20 Massachusetts Ave., N.W., Rm. 6134 |
| | Washington, D.C. 20001 |
| | Tel: (202) 514-3367 |
| | Fax: (202) 616-8470 |
| | nicholas.oldham@usdoj.gov |
| | |
| | Attorneys for Defendant |

Dated: December 19, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>    Defendant. | Civil Action No. 07-365 (RMU) |

**[PROPOSED] ORDER**

HAVING CONSIDERED the Parties' Revised Meet and Confer Statement, it is hereby this ____ day of December 2007, **ORDERED** that the parties shall notify the Court on or before February 1, 2008 whether they are able to reach an agreement on the schedule for resolving Plaintiff's FOIA request or, alternatively, either party may seek appropriate relief from the Court.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE