**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> COUNCIL ON ENVIRONMENTAL QUALITY, <br><br> Defendant. | Civil Action No. 07-365 (RMU) |

## <u>ORDER</u>

HAVING CONSIDERED the Parties' Revised Meet and Confer Statement, it is hereby this 20ᵗʰ day of December 2007, **ORDERED** that the parties shall notify the Court on or before February 1, 2008 whether they are able to reach an agreement on the schedule for resolving Plaintiff's FOIA request or, alternatively, either party may seek appropriate relief from the Court.


RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE