IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>       Plaintiff,<br><br>   v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>       Defendant. | Civil Action No. 07-365 (RMU) |

**REVISED JOINT MEET AND CONFER STATEMENT**

The parties have conferred and hereby state as follows:

1.   This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, as well as agency FOIA regulations.

2.   The parties' filed Joint Meet and Confer Statements on May 25, 2007 (dkt. no. 10), August 1, 2007 (dkt. no. 11), and December 21, 2007 (dkt. 13), apprising the Court of the status of Defendant's processing of approximately 27,000 pages of documents potentially responsive to Plaintiff's March 16, 2006 FOIA request, which remained to be processed as of May 25, 2007.  Defendant has produced to Plaintiff approximately 7,500 pages of those documents in full or in part and, after removing duplicates, has approximately 13,000 pages of potentially responsive documents remaining to process.

3.   In the parties' most recent Joint Meet and Confer Statement filed on December 19, 2007, the parties stated that, "[i]n light of the parties' shared goals of (i) enabling Defendant to finalize its document production, and (ii) narrowing the issues for the Court to resolve, the parties are negotiating in good faith to determine whether they can reach an agreement that will

provide a basis for resolving Plaintiff's FOIA request and this litigation." On December 20, 2007, the Court issued an Order (dkt. no. 14) requiring the parties to "notify the Court on or before February 1, 2008 whether they are able to reach agreement on the schedule for resolving Plaintiff's FOIA request." The parties have reached such an agreement as set forth below.

4. Defendant will continue to process the approximately 13,000 pages of documents remaining as quickly as its resources permit. Based on inter- and intra-agency consultations, and the parties' continuing discussions over withholdings made by Defendant thus far, Defendant will continue to produce to Plaintiff documents it determines may be released in part, and any discretionary releases of documents previously withheld and otherwise exempt from disclosure. Defendant will make rolling productions on the first of each month beginning March 3, 2008, and Defendant's best estimate is that it will be able to complete these productions by July 1, 2008.

5. The parties anticipate filing a briefing schedule with the Court in approximately one month, after they have a chance to meet regarding the withholdings made by Defendant thus far, and are able to make a reasonable prediction as to when they will be able to brief any remaining issues left for the Court to resolve.

Respectfully submitted,

_____/S/_____
Anne L. Weissmann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Ethics and
Responsibility in Washington
1400 Eye Street, N.W. Suite 450
Phone (202) 408-5565
Fax (202) 588-5020

_____/S/_____
Scott A. Hodes
(D.C. Bar No. 430375)
P.O. Box 42002
Washington, D.C. 20015
Phone (301) 404-0502
Fax (301) 738-2128

Attorneys for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Assistant Director
Federal Programs Branch

  /s/  Nicholas A. Oldham
Nicholas A. Oldham (D.C. Bar No. 484113)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C. 20044
<u>Delivery Address</u>
20 Massachusetts Ave., N.W., Rm. 6134
Washington, D.C. 20001
Tel: (202) 514-3367
Fax: (202) 616-8470
nicholas.oldham@usdoj.gov

Attorneys for Defendant

Dated: February 1, 2008