IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) ) v. ) ) COUNCIL ON ENVIRONMENTAL ) QUALITY ) ) Defendant. ) _____ ) | Case No.: 1:07-cv-00365 (RMU) **Judge Ricardo M. Urbina** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jean-Michel Voltaire of the United States Department of Justice, Civil Division, respectfully enters his appearance as counsel of record for Defendant Council on Environmental Quality. Mr. Voltaire is replacing Mr. Nicholas A. Oldham. All future correspondence and other communications regarding this case should be directed to Mr. Voltaire at the following address:

    Jean-Michel Voltaire
    U.S. Department of Justice, Civil Division
    Federal Programs Branch
    20 Massachusetts Ave., N.W., Rm 6116
    Washington, D.C. 20530
    Telephone: (202) 616-8211
    Facsimile: (202) 616-8460

Dated: July 17, 2008

                                              Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar No.418925)
Assistant Director
Federal Programs Branch

_____/s/_____
JEAN-MICHEL VOLTAIRE (NY Bar)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Rm 6126
Washington, D.C.  20530
Telephone: (202) 616-8211
Facsimile: (202) 616-8460
jean.michel.voltaire@usdoj.gov


Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2008, I caused this Appearance to be served by first class mail, postage prepaid, upon:

        Scott A. Hodes
        P. O. Box 42002
        Washington, DC 20015
        Tel.: 301-404-0502

        \_\_\_\_\_/s/_____
        JEAN-MICHEL VOLTAIRE

Case 1:07-cv-00365-RMU    Document 16    Filed 07/17/2008    Page 4 of 4