IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>　　　　Defendant. | Civil Action No. 07-365 (RMU) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that undersigned counsel Nicholas A. Oldham withdraws his appearance as one of the counsel for Defendant in the above-captioned action. Jean-Michel Voltaire, the other government counsel who has appeared, will continue to represent Defendant.

Dated:  July 22, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Assistant Director
Federal Programs Branch

　/s/  Nicholas A. Oldham
Nicholas A. Oldham (D.C. Bar No. 484113)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

[*Address on Next Page*]

<u>Mailing Address</u>
P.O. Box 883
Washington, D.C. 20044
<u>Delivery Address</u>
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 514-3367
Fax: (202) 616-8470
nicholas.oldham@usdoj.gov

Attorneys for Defendant